UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 19-27065-VFP |
|---|---|---|
| | Chapter: | 7 |
| **Gonzalez, Alfredo Raul** | Judge: | Vincent F. Papalia |
| **Debtor(s).** | | |

**NOTICE OF PROPOSED ABANDONMENT**

Donald V. Biase, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk of the Court |
|---|---|
| | 50 Walnut Street |
| | Newark, NJ 07102 |

If an objection is filed, a hearing will be held before the Honorable Vincent F. Papalia on November 5, 2019 at 10:00 AM at the United States Bankruptcy Court, 50 Walnut Street, Newark, NJ 07102 in Courtroom no. 3B. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

**Description and value of property:**

    **48 Algonquin Ave., Rockaway, NJ 07866**
    $257,000

**Liens on property**:

    $374,000

**Amount of equity claimed as exempt:**

    $10,000

Objections must be served on, and requests for additional information directed to:

Rev. 8/1/15

Donald V. Biase, Chapter 7 Trustee

110 Allen Road
Suite 304
Basking Ridge, NJ 07920

United States Bankruptcy Court
District of New Jersey

In re:
Alfredo Raul Gonzalez
    Debtor

Case No. 19-27065-VFP
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2    Date Rcvd: Oct 09, 2019
                     Form ID: pdf905    Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2019.
```
db           +Alfredo Raul Gonzalez,    48 Algonquin Avenue,     Rockaway, NJ 07866-1027
cr           +Santander Consumer USA Inc.,    PO Box 961245,    Fort Worth, TX 76161-0244
518445762     Atlantic Health System,    PO Box 35610,    Newark, NJ 07193-5610
518445763    +Barclay Card/Mercury Card,    Attn: Jefferson Capital Systems,     16 Mcleland Rd.,
               Saint Cloud, MN 56303-2198
518445764    +Best Egg,    PO Box 3999,    Saint Joseph, MO 64503-0999
518445765    +Capital One,    Attn: Paul John Klemm, Esq.,    Hayt Hayt & Landau,    PO Box 500,
               Eatontown, NJ 07724-0500
518445766    +Capital One Bank (USA) NA,    Attn:  Lyons, Doughty & Veldhuis,    PO Box 1269,
               Mount Laurel, NJ 08054-7269
518445767    +Cross River Bank,    Attn:  Resurgent/LVNV Funding,    PO Box 1269,    Greenville, SC 29602-1269
518445768    +Fernando Diaz Ramirez,    24 Madison Street,    Newton, NJ 07860-2029
518445769    +Keil Oil,    PO Box 49,    Riverdale, NJ 07457-0049
518445770    +Key Recovery,    4910 Tiedeman Rd.,    Brooklyn, OH 44144-2338
518445771    +Kia Motors Finance,    4000 MacArthur Blvd. Ste. 1000,    Newport Beach, CA 92660-2544
518445772    +Macys/DSNB,    PO Box 8218,    Mason, OH 45040-8218
518445773    +Morris Imaging Assoc. PA,    PO Box 6750,    Portsmouth, NH 03802-6750
518445775    +Morristown ER Med Assoc, LLC,    PO Box 80259,    Philadelphia, PA 19101-1259
518445774    +Morristown Emergency Medical Assoc,    PO Box 6312,    Parsippany, NJ 07054-7312
518445779    +SLS,    8742 Lucent Blvd., Suite 300,    Littleton, CO 80129-2386
518445776    +Santander Consumer USA,    5201 Rufe Snow Dr.,    North Richland Hills, TX 76180-6036
518445777    +Sears/CBNA,    PO Box 6217,    Sioux Falls, SD 57117-6217
518445778    +Shapiro & DeNardo,    14000 Commerce Parkway,    Suite B,    Mount Laurel, NJ 08054-2242
518445780    +St. Clare's Hospital,    PO Box 536598,    Pittsburgh, PA 15253-5907
518445782    +Synchrony Bank,    Attn:  Portfolio Recovery Associates,    120 Corporate Blvd. Ste. 100,
               Norfolk, VA 23502-4952
518445783    +Wakefield & Associates,    c/o St. Clares Health Care,    PO Box 50250,
               Knoxville, TN 37950-0250
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Oct 10 2019 01:03:08     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 10 2019 01:03:05     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
cr           +E-mail/PDF: gecsedi@recoverycorp.com Oct 10 2019 01:10:09
               Synchrony Bank, c/o PRA Recievables Management, LL,    POB 41021,    Norfolk, VA 23541-1021
518445761    +E-mail/Text: mreed@affcollections.com Oct 10 2019 01:03:10     AHS Hospital Corp,
               c/o Accurate Collection Services,    17 Prospect Street,    Morristown, NJ 07960-6862
518445781    +E-mail/PDF: gecsedi@recoverycorp.com Oct 10 2019 01:09:33     SYNCB/Ashley Homestores,
               PO Box 965036,    Orlando, FL 32896-5036
518446767    +E-mail/PDF: gecsedi@recoverycorp.com Oct 10 2019 01:09:32     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 6
```

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2019                                             Signature: _/s/Joseph Speetjens_

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Oct 09, 2019
                              Form ID: pdf905          Total Noticed: 29
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 8, 2019 at the address(es) listed below:

         David A. Ast    on behalf of Debtor Alfredo Raul Gonzalez david@astschmidtlaw.com,
         info@astschmidtlaw.com;robert@astschmidtlaw.com;astecf@gmail.com
         Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for
         adjustable Rate Mortgage trust 2005-8 Et Al... dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
         Donald V. Biase    dbiase4236@gmail.com,
         dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com
         Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as Trustee for
         adjustable Rate Mortgage trust 2005-8 Et Al... kmcdonald@kmllawgroup.com,
         bkgroup@kmllawgroup.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                      TOTAL: 5