

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon
KML Law Group, PC
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Specialized Loan Servicing LLC as servicer for U.S.
Bank National Association, as Trustee for adjustable
Rate Mortgage trust 2005-8, Adjustable Rate
mortgage-backed Pass-Through Certificates, Series
2005-8

In Re:
       Gonzalez, Alfredo Raul

**Order Filed on October 29, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No:        19-27065 VFP

Hearing Date: October 22, 2019 at
10:00 A.M.

Judge:  Vincent F. Papalia

| Recommended Local Form: | ☐ Followed | ☐ Modified |
| --- | --- | --- |

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

 **DATED: October 29, 2019**

_____
 **Honorable Vincent F. Papalia
 United States Bankruptcy Judge**

Upon the motion of <u>Specialized Loan Servicing LLC as servicer for U.S. Bank National Association, as Trustee for adjustable Rate Mortgage trust 2005-8, Adjustable Rate mortgage-backed Pass-Through Certificates, Series 2005-8</u>, under

Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■    Real Property More Fully Described as:

   **Land and premises commonly known as Lot 38, Block 20602,   48 Algonquin Avenue, Rockaway NJ 07866**

☐    Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*