**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

MORTON & CRAIG, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057    (856)866-0100
Attorney for : Santander Consumer USA Inc.
Our File No.: 49979
JM-5630

Order Filed on November 18, 2019
by Clerk
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Alfredo Raul Gonzalez

Case No.: 19-27065

Hearing Date: 11-13-2019

Judge: VFP

Chapter: 7

Recommended Local Form:    ☑ Followed    ☐ Modified

# ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 18, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Upon the motion of _____ Santander Consumer USA Inc. _____, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

IT IS HEREBY ORDERED that the automatic stay of Bankruptcy Code section 362 (a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and nonbankruptcy law.

☐    Real property more fully described as:

☑    Personal property more fully described as:

    2019 Hyundai Accent
    Vehicle Identification Number
    3KPC24A35KE047526

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 19-27065-VFP
Alfredo Raul Gonzalez                                                           Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Nov 18, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 20, 2019.
db             +Alfredo Raul Gonzalez,    48 Algonquin Avenue,    Rockaway, NJ 07866-1027

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 18, 2019 at the address(es) listed below:
     David A. Ast    on behalf of Debtor Alfredo Raul Gonzalez david@astschmidtlaw.com,
     info@astschmidtlaw.com;robert@astschmidtlaw.com;astecf@gmail.com
     Denise E. Carlon    on behalf of Creditor   U.S. Bank National Association, as Trustee for
     adjustable Rate Mortgage trust 2005-8 Et Al... dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
     Donald V. Biase    dbiase4236@gmail.com,
     dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com
     John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,
     mortoncraigecf@gmail.com
     Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as Trustee for
     adjustable Rate Mortgage trust 2005-8 Et Al... kmcdonald@kmllawgroup.com,
     bkgroup@kmllawgroup.com
     U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 6